[No. 5209–1.   Division One.   May 30, 1978.]

SAM LAWRENCE, *Respondent,* v. DUDLEY BOAT &
TRAILER TRANSPORTATION, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 802703, William J. Wilkins, J. Pro Tem.,

entered November 2, 1976. *Affirmed* by unpublished per curiam opinion.